# CASES

DETERMINED IN THE

## FIRST DISTRICT

OF THE

# APPELLATE COURTS OF ILLINOIS

### DURING THE YEAR 1916.

Albert R. Krum, Appellee, v. Union Casualty Insurance Company, Appellant.

Gen. No. 21,231.   (Not to be reported in full.)

Appeal from the Municipal Court of Chicago; the Hon. HARRY OLSON, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1915. Reversed and remanded. Opinion filed October 10, 1916. Rehearing denied October 23, 1916.

### Statement of the Case.

Action by Albert R. Krum, plaintiff, against the Union Casualty Insurance Company, a corporation, defendant, on a policy of insurance against damage to the plaintiff's automobile. To review a judgment for plaintiff, defendant appeals.

JOHN T. BYRNES, for appellant.

GEORGE D. WELLINGTON and FRANCIS X. BUSCH, for appellee.

(436)

MR. PRESIDING JUSTICE BARNES delivered the opinion of the court.

### Abstract of the Decision.

DAMAGES, § 190*—*when evidence insufficient to sustain verdict.* In an action on an insurance policy for damages to an automobile where both parties conceded that the machine was capable of repair and the highest estimated cost of repairs was $1,500, and it was neither contended that it was not capable of complete repair nor was there any evidence of the difference of value of the machine before the collision and after repair, nor any damages claimed for loss of use or otherwise, *held* that a verdict for the plaintiff for $1,550 could not be sustained.

---

**Roscoe Wilson, Defendant in Error, v. Samuel Menagh, Plaintiff in Error.**

### Gen. No. 21,276.    (Not to be reported in full.)·

Error to the Municipal Court of Chicago; the Hon. JOHN A. MAHONEY, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1915. Affirmed. Opinion filed October 10, 1916.

### Statement of the Case.

Action by Roscoe Wilson, plaintiff, against Samuel Menagh, defendant, on a promissory note signed by the defendant. To review a judgment for plaintiff, defendant prosecutes a writ of error.

DANIEL S. WENTWORTH, DAVID B. MALONEY and M. A. NATANSON, for plaintiff in error.

HARRY A. BIOSSAT, for defendant in error.

MR. PRESIDING JUSTICE BARNES delivered the opinion of the court.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.